UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANTRELL V. BROWN,** a/k/a **ISLAMIC ALI,**  Plaintiff,  v.  **STATE OF MICHIGAN, STATE DEPARTMENT OF CORRECTIONS, HEIDI E. WASHINGTON, and MACOMB ADMINISTRATION,**  Defendants. | **20-CV-13402-TGB-DRG** |

# JUDGMENT

**IT IS ORDERED** that the case is **DIMISSED WITH PREJUDICE.** It is

**FURTHER ORDERED** that a certificate of appealability is **DENIED.** It is

**FURTHER ORDERED** that permission to appeal in forma pauperis is **DENIED.**

Dated at Detroit, Michigan, this 26th day of February, 2021.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE